IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROMAN VLADIMIROVICH SERPIK, living man,<br><br>    Plaintiff,<br><br>v.<br><br>ANGELA C. MARSEE, GINA WEBB, MICHELLE K. ROPER, JILL WEEDON, and COLBY VAUGHAN, individually and in their official capacities,<br><br>    Defendants. | Case No. CIV-23-01030-JD<br>(Consolidated by this Order with CIV-23-00988-JD) |

## **ORDER**

Before the Court is Plaintiff's Motion to Join Complaint and Preliminary Injunction ("Motion to Join") [Doc. No. 8], in which Plaintiff seeks to join Case No. CIV-23-00988-JD and Case No. CIV-23-01030-JD.

This action, captioned Roman Vladimirovich Serpik, Living Man, Plaintiff v. Angela C. Marsee, et al., Defendants, alleges the same violations of Plaintiff's rights as are alleged in another, earlier-filed action pending before the undersigned judge, captioned Roman V. Serpik, Article III "Man", Plaintiff v. Jill Weedon, et al., Defendants, CIV-23-00988-JD.

From a review of the pleadings, motions, and filings in this action and Case No. CIV-23-00988-JD, the Court finds that the two actions involve common questions of law and fact. The two actions are suitable for consolidation under Federal Rule of Civil

Procedure 42 because consolidation will serve the interests of justice, avoid unnecessary costs and delays, and promote judicial economy.[1]

Accordingly, the Court finds and concludes that the two actions should be consolidated and that Plaintiff's Motion to Join [Doc. No. 8] should be granted in part and to the extent set forth in this Order.[2] Because this case was removed from state court after Case No. CIV-23-00988-JD was filed, the instant action (Case No. CIV-23-01030-JD) is hereby consolidated with the earlier federal district court case number, Case No. CIV-23-00988-JD, for all purposes, and the instant action (Case No. CIV-23-01030-JD) is administratively closed. All of the pleadings, motions, orders, and filings in the instant action are hereby deemed filed in the consolidated action, CIV-23-00988-JD.

From this point forward, all filings shall be made only in the consolidated action, which is Case No. CIV-23-00988-JD. The Court will strike filings made in violation of

---

[1] Construing Plaintiff's filings liberally, Plaintiff sought this relief, *see* Motion to Join [Doc. No. 8], and Defendants had an opportunity to respond but did not object. *See* LCvR7.1(g) ("Any motion that is not opposed within 21 days may, in the discretion of the court, be deemed confessed."). Defendants filed a notice of related or companion cases, *see* Notice [Doc. No. 3], so it appears to the Court that Defendants do not object to consolidation.

[2] Plaintiff makes additional requests of the Court in the "WHEREFORE" conclusion clause of his Motion to Join. This is improper under several federal and local civil rules, and Plaintiff is held to the same rules and standards as any other litigant. *See* Fed. R. Civ. P. 7(b)(1) (a request for a court order must be made by motion and must state with particularity the grounds for seeking the order); LCvR7.1(c) ("Each motion shall be a separate document . . . ."); LCvR7.1(k) (delineating the types of motions not requiring briefs); LCvR26.3(a) ("[I]f a motion has been made pursuant to Fed. R. Civ. P. 12(b), no party may seek discovery from any source before that motion has been decided and all moving parties have filed an answer or been dismissed from the case."). Thus, the Court denies the Motion to Join to the extent it requests other relief or relief different from the relief the Court orders herein.

this Order. The caption of the surviving action shall be ROMAN V. SERPIK, Plaintiff v. JILL WEEDON, et al., Defendants, Case No. CIV-23-00988-JD.

The Clerk is directed to file a copy of this Order in the CIV-23-00988-JD action.

IT IS SO ORDERED this 2nd day of January 2024.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE