## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROMAN V. SERPIK,<br>Article III man,<br><br>        Plaintiff,<br><br>v.<br><br><br>JILL WEEDON, GINA WEBB, ANGELA<br>MARSEE, MICHELLE K. ROPER, and<br>COLBY VAUGHAN, in their individual<br>and official capacities; and<br>STATE OF OKLAHOMA,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-23-00988-JD<br>(Consolidated with Case No.<br>CIV-23-01030-JD) |

### ORDER

The Court is in receipt of two (2) facsimile submissions from Plaintiff Roman V. Serpik dated today, March 21, 2024. Both submissions include a Motion for Request for Extension of Time to File Notice of Appeal.

"Papers shall not be directly faxed to the clerk unless authorized by the court." LCvR5.3(a). The Court has not authorized Plaintiff to fax papers to the clerk for filing.

Additionally, the Court's *ECF Policies & Procedures Manual*, revised May 2021, states that "[l]itigants proceeding *pro se* (without attorney representation) may <u>not</u> file electronically." *See ECF Policies & Procedures Manual*, § I.A.1 (emphasis added).[1] Plaintiff is currently required to file paper originals by mailing them to the Court or presenting them for filing in person. *See ECF Policies & Procedures Manual*, § III.B

---

[1] *See also* LCvR5.1 (directing that filing papers by electronic means shall be governed by the Court's ECF Policies & Procedures Manual).

("*Pro se* litigants shall file paper originals of all complaints, pleadings, motions, affidavits, briefs, and other documents.").

The Court does not accept these faxed submissions and will not act on these faxed submissions. Plaintiff must comply with the rules if Plaintiff wishes for the Court to consider his motions.

IT IS SO ORDERED this 21st day of March 2024.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE